# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| MARSHALL DEWAYNE MAYHEW, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | CRIMINAL NO. 13-0281-CG-B |
| | ) | CIVIL ACTION NO. 16-0072-CG-B |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Respondent's Motion to Dismiss (Doc. 39) is **GRANTED**, that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 36) is **DISMISSED** as time-barred, and **JUDGMENT** is entered in favor of the Respondent, United States of America, and against Petitioner, Marshall Dewayne Mayhew.

The Court further finds that Mayhew is not entitled to issuance of a Certificate of Appealability, and as a result, he is not permitted to appeal in forma pauperis.

**DONE and ORDERED** this 18th day of September, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE