IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| MARSHALL DEWAYNE MAYHEW, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. 16-0072-CG-B |
| vs. | ) | CRIMINAL NO. 13-00281-CG-B |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant 8thto the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is **DISMISSED without prejudice**, and **JUDGMENT** is entered in favor of the Respondent, United States of America, and against Petitioner, Marshall Dewayne Mayhew. The Court further finds that Mayhew is not entitled to issuance of a Certificate of Appealability, and as a result, he is not permitted to appeal in forma pauperis. **DONE and ORDERED** this 8th day of November, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE