# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MARSHALL DEWAYNE MAYHEW, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. 16-0072-CG-B |
| vs. ) | CRIMINAL NO. 13-00281-CG-B |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is **DISMISSED without prejudice,** and **JUDGMENT** is entered in favor of the Respondent, United States of America, and against Petitioner, Marshall Dewayne Mayhew. The Court further finds that Mayhew is not entitled to issuance of a Certificate of Appealability, and as a result, he is not permitted to appeal *in forma pauperis*.

**DONE and ORDERED** this 8th day of November, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE